# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Akorn Intermediate Company LLC

**Chapter:** 7

**Case No.:** 23–10254

### ORDER EXTENDING TIME TO FILE SCHEDULES AND/OR STATEMENT OF AFFAIRS

**AND NOW,** this   The 24th of February, 2023 , upon receipt of Debtor's Motion to Extend Time to File Schedules and/or Statement of Affairs, it is **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** that the document(s) must be filed within **14 DAYS from the Date of this Order.**

It is **FURTHER ORDERED** that if the document(s) is not **timely** filed, the case will be **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that **NO FURTHER EXTENSIONS SHALL BE GRANTED UNLESS UPON NOTICE OF MOTION AND HEARING.**.

This extension does not apply to the Certificate of Credit Counseling required by 11 U.S.C § § 109(h) & 521(b).

United States Bankruptcy Judge

(VAN–404)