## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY, LLC | Case No. 23-10253 (KBO) |
| Debtor. | |
| In re: | Chapter 7 |
| AKORN INTERMEDIATE COMPANY, LLC | Case No. 23-10254 (KBO) |
| Debtor. | |
| In re: | Chapter 7 |
| AKORN OPERATING COMPANY, LLC | Case No. 23-10255 (KBO) |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Chicago Infill Properties, LP, by and through its duly authorized agent and property manager Westmount Realty Capital, LLC (together, "Westmount"), hereby appears in the above-captioned cases and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), hereby requests that copies of all notices given or required to be given in these cases or any related adversary proceedings and copies of all papers served or required to be served in these cases and any related proceedings be provided to the following (email notice is acceptable):

**ASHBY & GEDDES, P.A.**
Michael D. DeBaecke, Esq.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899-1150
Tel:  (302) 654-1888
Email: MDeBaecke@ashbygeddes.com

-and-

{01888265;v1 }

**KAPLAN & GOURNIS, PC**
Eric D. Kaplan, Esq.
180 N. LaSalle Street, Suite 2108
Chicago, IL  60601
Tel:  (312) 726-0531
Email:  ekaplan@kpglaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes copies of all papers, including, but not limited to, notices, reports, pleadings, motions, applications, petitions, schedules, objections, replies, and other papers filed in these cases or any related proceedings.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any other filing by Westmount is intended to waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, remedies, setoffs, or recoupments to which Westmount is or may be entitled at law or in equity.

*~Signature Page to Follow~*

| | |
|---|---|
| Dated:  March 13, 2023 | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Michael D. DeBaecke*<br>Michael D. DeBaecke (Bar No. 3186)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19899-1150<br>Tel:  (302) 654-1888<br>Email: MDeBaecke@ashbygeddes.com<br><br>*Counsel to Westmount* |