**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO) |
| In re:<br><br>AKORN INTERMEDIATE COMPANY LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10254 (KBO) |
| In re:<br><br>AKORN OPERATING COMPANY LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10255 (KBO) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that request is made by counsel for party in interest, SGS North America Inc., ("SGS") in the above-referenced cases in accordance with 11 U.S.C. § 1109(b) and Fed. R. Bankr. Proc. Rules 2002 and 9010(b) ("Rules"), that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon:

| Natasha M. Songonuga, Esq.<br>**GIBBONS P.C.**<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE  19801-1671<br>Telephone:  (302) 518-6324<br>Facsimile:  (302) 429-6294<br>E-mail: nsongonuga@gibbonslaw.com | Brett S. Theisen, Esq.<br>**GIBBONS P.C.**<br>One Pennsylvania Plaza, 37th Fl.<br>New York, New York  10119-3701<br>Telephone: (212) 613-2000<br>Facsimile: (212) 290-2018<br>Email: btheisen@gibbonslaw.com |
|---|---|

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes without limitation orders and notices of any application, motion, petition, pleading, request, complaint of demand,

whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of creditors with respect to the Debtor or any related entity, or property or proceeds thereof in which the Debtor may claim an interest.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive SGS's rights: (i) to have final orders in non-core matters, as well as statutory core matters in which the court lacks the Constitutional authority to enter a final order absent the consent of the parties, entered only after de novo review by a district court judge; (ii) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; and (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, defenses, setoffs or recoupments to which SGS is and/or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that this appearance and request for notice is made without prejudice to SGS's rights, remedies and claims against other entities. All rights, remedies and claims are hereby expressly reserved.

Dated: March 17, 2023  
Wilmington, DE

**GIBBONS P.C.**

By: */s/ Natasha M. Songonuga*  
Natasha M. Songonuga, Esq. (DE Bar No. 5391)  
Brett S. Theisen (*pro hac vice* to be filed)  
300 Delaware Avenue, Suite 1015  
Wilmington, DE 19801-1671  
Tel: (302) 518-6324  
Fax: (302) 397-2139  
Email: nsongonuga@gibbonslaw.com  
　　　　btheisen@gibbonslaw.com  
*Counsel for SGS North America, Inc.*